UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Luis A. M., *by and through his wife and next friend, Maria Luz Zamora Clavijo*, | No. 25-cv-4396 (KMM/SGE) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, *Attorney General of the United States*; Eric Tollefson, *Sheriff, Warden of Kandiyohi County Jail*; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

---

This matter is before the Court on its own motion. Petitioner Luis A. M. filed a petition for a writ of habeas corpus seeking his release from custody pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Dkt. 1.) Since, Petitioner has been released from custody on a bond. (*See* Dkt 8 at 1; Dkt. 9-1.) Federal courts may only adjudicate actual, ongoing cases or controversies. *Ams. United for Separation of Church and State v. Prison Fellowship Ministries*, 509 F.3d 406, 419–20 (8th Cir. 2007). After a case has begun, if it no longer involves a live case or controversy, then it has become moot and must be dismissed. *Potter v. Norwest Mortgage, Inc.*, 329 F.3d 608, 611 (8th Cir. 2003).

Upon Petitioner's release, the relief sought in the Petition was granted, and the parties now agree that this matter is moot.

Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner Luis A. M.'s petition for a writ of habeas corpus (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 21, 2026

*s/ Katherine Menendez*
Katherine Menendez
United States District Judge